**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JEFFREY A. CHRISTIE
and CHERRIE CHRISTIE,
individually, and on behalf of
all others similarly situated,**

        **Plaintiffs,**

**v.**                                           **Case No. 8:13-cv-1371-T-23TBM**

**BANK OF AMERICA N.A., et al.,**

        **Defendants.**
_____/

## REPORT ON PRELIMINARY PRETRIAL CONFERENCE

THIS CAUSE came on for consideration at a preliminary pretrial conference on September 12, 2013. Plaintiffs sue Defendants on their own behalf and on behalf of all others similarly situated for alleged unlawful and systematic practices with respect to "forced placed insurance" which violate federal and state laws. Plaintiffs seek class certification. As reflected in their Case Management Report (Doc. 44), the parties have been unable to agree on some aspects of a discovery plan. In particular, Defendants propose a bifurcated plan for discovery, which Plaintiffs oppose. For reasons discussed at the hearing, I find that some structuring of initial discovery is appropriate in this case. The undersigned recommends that a Case Management and Scheduling Order be entered in accordance with the following proposed schedule:

1. Initial discovery shall relate to named-Plaintiffs' claims and class certification issues as such are defined by the First Amended Complaint and the parties in the Case Management Report. All such discovery by the parties shall be conducted so as to be completed by **February 28, 2014.**

2. Plaintiffs' class-certification expert disclosures shall be made on or before **December 27, 2013.** Defendants' rebuttal expert disclosures shall be made on or before **January 24, 2014.**

3. Plaintiffs' motion for class certification shall be filed on or before **March 14, 2014**. Defendants' response shall be filed on or before **April 14, 2014**.

4. Third party claims and joinder motions shall be filed on or before **November 29, 2013**.

5. In the event the Court does not certify a class action, dispositive motions shall be filed on or before **June 16, 2014**.

6. In the event, the Court grants a class-action, all remaining discovery shall be conducted so as to be completed by **January 16, 2015**. Additional expert disclosures shall be made on or before **November 14, 2014**. And, dispositive motions directed to the class-action shall be filed on or before **January 30, 2015**.

7. Mediation shall be conducted as ordered by the Court or as otherwise agreed to by the parties.[1]

---

[1] At present, Defendants do not believe early alternative dispute resolution in any form will be useful.

8. The pretrial conference and jury trial shall be scheduled by order of the trial judge.

Respectfully submitted this
12th day of September 2013.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; *see also* Fed. R. Civ. P. 6.

Copies furnished to:
United States District Judge
Courtroom Deputy
Counsel of Record