UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY A. CHRISTIE and CHERRIE CHRISTIE,

    Plaintiffs,

v.                                         CASE NO.: 8:13-cv-1371-T-23TBM

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

## **ORDER**

United States Magistrate Judge Thomas B. McCoun III issued a report (Doc. 56) recommending dates for a case management and scheduling order. The report is **ADOPTED**. The pretrial conference is scheduled for **MAY 15, 2014, at 11:00 AM**, and the trial is scheduled for the **JUNE, 2014**, trial calendar

    ORDERED in Tampa, Florida, on October 8, 2013.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE