UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY A. CHRISTIE and CHERRIE
CHRISTIE,

    Plaintiffs,

v.                                     Case No: 8:13-cv-1371-T-23JSS

BANK OF AMERICA, N.A., BANK OF
AMERICA CORPORATION, BAC HOME
LOANS SERVICING, LP, BA
INSURANCE GROUP, INC., BALBOA
INSURANCE CO., BALBOA
INSURANCE GROUP, INC., QBE
FINANCIAL RISK SERVICES, INC., QBE
INSURANCE CORP., QBE FIRST
INSURANCE AGENCY and DOES 1-32,

    Defendants.
_____/

## ORDER OF RECUSAL

THIS MATTER is before the Court sua sponte. Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies herself because of her familiarity with a named party, from which her impartiality might reasonably be questioned. Accordingly, it is

    **ORDERED**:

    1. The undersigned is recused from this case.

    2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

    **DONE** and **ORDERED** in Tampa, Florida on August 11, 2015.

                                                      JULIE S. SNEED
                                           UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record