UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY A. CHRISTIE, et al.,

    Plaintiffs,

v.                                CASE NO. 8:13-cv-1371-T-23TGW

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

## **ORDER**

An order (Doc. 178) referred for report and recommendation the plaintiffs' motion (Doc. 169) for class certification. After a hearing on the motion, the magistrate judge recommends (Doc. 216) denying the motion. The plaintiffs object (Doc. 218) to the report and recommendation, and Bank of America, N.A., responds (Doc. 219) to the objection. A *de novo* review of the portions of the report and recommendation to which the plaintiffs object reveals that the plaintiffs' objection is unfounded or unpersuasive. Accordingly, the report and recommendation (Doc. 216) is **ADOPTED**. The plaintiffs' motion (Doc. 169) for class certification is **DENIED**.

ORDERED in Tampa, Florida, on February 17, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE